ORDERED UNSEALED on 11/06/2024    s/ scotttweed

FILED
Oct 31 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    s/ A Cortez    DEPUTY



~~SEALED~~
s/ scotttweedle

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

April 2024 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. '24 CR2320 WQH |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 21, U.S.C., Secs. 841(a)(1), (b)(1), and 846 – Conspiracy to Distribute Controlled Substances; Title 18, U.S.C., Sec., 371 – Conspiracy; Title 31, U.S.C., Sec. 5332(a) and (b) – Bulk Cash Smuggling; Title 21, U.S.C., Sec. 841(a)(1) and (b)(1) – Possession of Controlled Substances with Intent to Distribute; Title 21, U.S.C., Sec. 841(a)(1) and (b)(1) – Distribution of Controlled Substances; Title 21, U.S.C., Secs. 952 and 960 – Importation of Controlled Substances; Title 18, U.S.C., Sec. 2 – Aiding and Abetting; Title 21, U.S.C., Sec. 853, Title 31, U.S.C., Sec. 5332(b) – Criminal Forfeiture |
| FAUSTO HERRERA-LOPEZ, aka "Vecino" (1), RODOLFO RAMIREZ-PALACIOS, aka "Rudy" (2), TERESO RAMIREZ-VELASQUEZ (3), JUAN CARLOS OJEDA-SALDANA (4), JOSE DAVID MORALES-RODRIGUEZ (5), ERNESTO MORALES-RODRIGUEZ (6), VICENTE BARRERA-ROBLES (7), RICARDO RUBEN PINZON (8), JOSE RAMON OCHOA-MONTEVERDE (9), SALVADOR MARTINEZ (10), JUAN CARLOS MARTINEZ (11), ROGELIO ROBLEDO-VALDEZ (12), MARIA ELENA REYES (13), GABRIELA ESTRADA (14), JAIME MAYORAL (15), MARCOS ARTURO BARRERA (16), OSCAR SILVAS-GAMEZ (17), JUAN ERNESTO SALAS VILLELA (18), YEIMING HERNANDEZ (19), FRANK GUSTAVO ZENDEJAS (20), GERARDO MEDINA PLACENCIA (21), JOSE ANDRES LEYVA (22), STEPHANIE MELGOZA (23), VICTOR RENE HERRERA (24), ARNULFO MORFIN-MORENO (25), | |

SMV:cms:San Diego:10/31/24

EDGAR GARCIA (26),
ROBERTO VALENZUELA
    DE LA TORRE (27),
LEONARDO SALDIVAR (28),
FRANCISCO RAMIREZ (29),
LUIS FERNANDO SIMENTAL
              PALACIOS (30),
ABRAHAM NOE ESPARZA-GARCIA (31),
ANGELICA GUERRERO (32),
SERGIO SANCHEZ (33),
NICHOLAS ADAM FORTIER (34),
LUIS ALBERTO FELIX (35),
ELIZABETH ECHEVERRIA (36),
ALVARO GUERRERO (37),
PEDRO ESTRADA (38),
BERNADETTE LUCERO VALLEJOS (39),
MARIBEL GARCIA BARAJAS (40),
JOSE ARTURO MENDIOLA PORRAS (41),
ENRIQUE VILLALOBOS (42),
ISRAEL ALEJANDRO
    RAMIREZ-VELASQUEZ (43),

              Defendants.

The grand jury charges:

## Count 1

Beginning on a date unknown to the grand jury but no later than May 7, 2021, and continuing through March 14, 2023, within the Southern District of California, and elsewhere, defendants FAUSTO HERRERA-LOPEZ, aka "Vecino," RODOLFO RAMIREZ-PALACIOS, aka "Rudy," JUAN CARLOS OJEDA-SALDANA, ROGELIO ROBLEDO-VALDEZ, MARIA ELENA REYES, GABRIELA ESTRADA, GERARDO MEDINA PLACENCIA, STEPHANIE MELGOZA, and VICTOR RENE HERRERA did knowingly and intentionally conspire and agree with each other and with other persons, known and unknown to the grand jury, to distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, and 40 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide

(commonly known as fentanyl), a Schedule II Controlled Substance; all in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1), and 846.

## Count 2

Beginning on a date unknown to the grand jury but no later than February 3, 2022, and continuing through October 17, 2022, within the Southern District of California, and elsewhere, defendants TERESO RAMIREZ-VELASQUEZ, SALVADOR MARTINEZ, ARNULFO MORFIN-MORENO, LEONARDO SALDIVAR, ANGELICA GUERRERO, NICHOLAS ADAM FORTIER, ELIZABETH ECHEVERRIA, ALVARO GUERRERO, and PEDRO ESTRADA did knowingly and intentionally conspire and agree with each other and with other persons, known and unknown to the grand jury, to distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, and a mixture and substance containing a detectable amount of cocaine; all in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1), and 846.

## Count 3

Beginning on or about June 17, 2021, and continuing through on or about June 30, 2021, within the Southern District of California, and elsewhere, defendants JUAN CARLOS OJEDA-SALDANA and EDGAR GARCIA, did knowingly and intentionally conspire and agree with each other and with other persons, known and unknown to the grand jury, to distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1), and 846.

//

## Count 4

On or about November 20, 2021, within the Southern District of California, defendants JAIME MAYORAL and MARCOS ARTURO BARRERA, did knowingly and intentionally conspire with other persons, known and unknown to the grand jury, to possess with intent to distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1), and 846.

## Count 5

Beginning on or about April 27, 2022, and continuing through on or about May 12, 2022, defendants JOSE DAVID MORALES-RODRIGUEZ, ERNESTO MORALES-RODRIGUEZ, VICENTE BARRERA-ROBLES, OSCAR SILVAS-GAMEZ, LUIS FERNANDO SIMENTAL PALACIOS, and JOSE ARTURO MENDIOLA PORRAS did knowingly and intentionally conspire and agree with each other and with other persons, known and unknown to the grand jury, to distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1), and 846.

## Count 6

On or about August 2, 2022, within the Southern District of California, and elsewhere, defendants JOSE RAMON OCHOA-MONTEVERDE and ENRIQUE VILLALOBOS, did knowingly and intentionally conspire and agree with each other and with other persons, known and unknown to the grand jury, to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1), and 846.

//
//

                                Count 7

On or about August 4, 2022, within the Southern District of California, defendants TERESO RAMIREZ-VELASQUEZ and ISRAEL ALEJANDRO RAMIREZ-VELASQUEZ, did knowingly and intentionally conspire with each other and with other persons, known and unknown to the grand jury, to transport monetary instruments of more than ten thousand U.S. dollars, from a place in the United States to a place outside the United States, that is, the Republic of Mexico, without first filing a Report of International Transportation of Currency or Monetary Instruments, as required by Title 31 of the Code of Federal Regulations.

In furtherance of the conspiracy and to effect and accomplish the object thereof, the following overt acts, among others were committed within the Southern District of California: On August 4, 2022, TERESO RAMIREZ-VELASQUEZ and ISRAEL ALEJANDRO RAMIREZ-VELASQUEZ planned over the phone for ISRAEL ALEJANDRO RAMIREZ-VELASQUEZ to meet with NILDA CHARLENNE LEDON in the parking lot of a Walmart in El Centro, California, and give LEDON cash for her to bring to Mexico. ISRAEL ALEJANDRO RAMIREZ-VELASQUEZ met with LEDON that evening and provided her with the cash, and LEDON thereafter drove south to the Calexico Port of Entry. At the Port of Entry, Customs and Border Protection Officers asked LEDON if she had more than $10,000 U.S. dollars to declare, and she said she did not. In fact, at that time, LEDON had $26,456 in cash on her person and in her possession.
All in violation of Title 18, United States Code, Section 371, and Title 31, United States Code, Section 5332(a) and (b).

                                Count 8

On or about August 10, 2022, within the Southern District of California, and elsewhere, defendants RICARDO RUBEN PINZON and LUIS

1  ALBERTO FELIX, did knowingly and intentionally conspire and agree with
2  each other and with other persons, known and unknown, to distribute
3  500 grams and more of a mixture and substance containing a detectable
4  amount of methamphetamine, a Schedule II Controlled Substance; in
5  violation of Title 21, United States Code, Sections 841(a)(1), (b)(1),
6  and 846.

### Count 9

On or about September 29, 2022, within the Southern District of California, and elsewhere, defendants JOSE RAMON OCHOA-MONTEVERDE and FRANCISCO RAMIREZ, did knowingly and intentionally conspire and agree with each other and with other persons, known and unknown to the grand jury, to distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1), and 846.

### Count 10

Beginning on or about February 21, 2023 and continuing through February 23, 2023, within the Southern District of California, and elsewhere, defendants SALVADOR MARTINEZ , JUAN CARLOS MARTINEZ, JUAN ERNESTO SALAS VILLELA, and SERGIO SANCHEZ, did knowingly and intentionally conspire and agree with each other and with other persons, known and unknown to the grand jury, to distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1), and 846.

### Count 11

Beginning on or about March 8, 2023 and continuing through March 10, 2023, within the Southern District of California, and elsewhere,

6

defendants JUAN CARLOS OJEDA-SALDANA, FRANK GUSTAVO ZENDEJAS, and JOSE ANDRES LEYVA, did knowingly and intentionally conspire and agree with each other and with other persons, known and unknown to the grand jury, to distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1), and 846.

Count 12

On or about May 7, 2021, within the Southern District of California, defendant JUAN CARLOS OJEDA-SALDANA, did knowingly and intentionally distribute 500 grams and more, to wit: approximately 2.32 kilograms of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1).

Count 13

On or about June 3, 2021, within the Southern District of California, defendant JUAN CARLOS OJEDA-SALDANA, did knowingly and intentionally distribute 500 grams and more, to wit: approximately 2.27 kilograms of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1).

Count 14

On or about June 17, 2021, within the Southern District of California, defendant JUAN CARLOS OJEDA-SALDANA, did knowingly and intentionally distribute 500 grams and more, to wit: approximately 2.18 kilograms of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1).

## Count 15

On or about August 20, 2021, within the Southern District of California, defendant ROBERTO VALENZUELA DE LA TORRE, did knowingly and intentionally possess with intent to distribute 500 grams and more, to wit: approximately 65.45 kilograms of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1).

## Count 16

On or about September 21, 2021, within the Southern District of California, defendant MARIBEL GARCIA BARAJAS, did knowingly and intentionally import into the United States from a place outside thereof, 500 grams and more, to wit: approximately 113.38 kilograms of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 952 and 960.

## Count 17

On or about October 1, 2021, within the Southern District of California, defendant ABRAHAM NOE ESPARZA-GARCIA, did knowingly and intentionally distribute 500 grams and more, to wit: approximately 41.36 kilograms of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1).

## Count 18

On or about November 20, 2021, within the Southern District of California, defendant JAIME MAYORAL, did knowingly and intentionally possess with intent to distribute 500 grams and more, to wit: approximately 37.32 kilograms of a mixture and substance containing a

detectable amount of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1).

### Count 19

On or about February 3, 2022, within the Southern District of California, defendant TERESO RAMIREZ-VELASQUEZ, did knowingly and intentionally distribute 500 grams and more, to wit: approximately 1.80 kilograms of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1).

### Count 20

On or about February 3, 2022, within the Southern District of California, defendants TERESO RAMIREZ-VELASQUEZ and NICHOLAS ADAM FORTIER, did knowingly and intentionally possess with intent to distribute 500 grams and more, to wit: approximately 9.05 kilograms of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1), and Title 18, United States Code, Section 2.

### Count 21

On or about February 18, 2022, within the Southern District of California, defendant JOSE DAVID MORALES-RODRIGUEZ, did knowingly and intentionally distribute 500 grams and more, to wit: approximately 4.00 kilograms of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1).

//
//

9

## Count 22

On or about March 16, 2022, within the Southern District of California, defendant BERNADETTE LUCERO VALLEJOS, did knowingly and intentionally import into the United States from a place outside thereof, 500 grams and more, to wit: approximately 87.72 kilograms of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 952 and 960.

## Count 23

On or about April 27, 2022, within the Southern District of California, and elsewhere, defendants JOSE DAVID MORALES-RODRIGUEZ, ERNESTO MORALES-RODRIGUEZ, LUIS FERNANDO SIMENTAL PALACIOS, and JOSE ARTURO MENDIOLA PORRAS, did knowingly and intentionally distribute 500 grams and more, to wit: approximately 116.6 kilograms of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1), and Title 18, United States Code, Section 2.

## Count 24

On or about May 2, 2022, within the Southern District of California, and elsewhere, defendants JOSE DAVID MORALES-RODRIGUEZ and OSCAR SILVAS-GAMEZ, did knowingly and intentionally possess with intent to distribute 500 grams and more, to wit: approximately 10.23 kilograms of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1), and Title 18, United States Code, Section 2.

## Count 25

On or about May 20, 2022, within the Southern District of California, and elsewhere, defendant ANGELICA GUERRERO, did knowingly and intentionally possess with intent to distribute 500 grams and more, to wit: approximately 68.18 kilograms of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1).

## Count 26

On or about August 6, 2022, within the Southern District of California, and elsewhere, defendants ELIZABETH ECHEVERRIA and ALVARO GUERRERO, did knowingly and intentionally possess with intent to distribute 500 grams and more, to wit: approximately 9.09 kilograms of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1), and Title 18, United States Code, Section 2.

## Count 27

On or about August 11, 2022, within the Southern District of California, and elsewhere, defendants RICARDO RUBEN PINZON and LUIS ALBERTO FELIX, did knowingly and intentionally possess with intent to distribute 500 grams and more, to wit: approximately 47.61 kilograms of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1), and Title 18, United States Code, Section 2.

//
//

Count 28

On or about August 23, 2022, within the Southern District of California, and elsewhere, defendant YEIMING HERNANDEZ, did knowingly and intentionally possess with intent to distribute 500 grams and more, to wit: approximately 53.06 kilograms of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1).

Count 29

On or about September 27, 2022, within the Southern District of California, and elsewhere, defendant PEDRO ESTRADA, did knowingly and intentionally possess with intent to distribute 500 grams and more, to wit: approximately 9.54 kilograms of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1).

Count 30

On or about September 29, 2022, within the Southern District of California, and elsewhere, defendants JOSE RAMON OCHOA-MONTEVERDE and FRANCISCO RAMIREZ, did knowingly and intentionally possess with intent to distribute 500 grams and more, to wit: approximately 106.38 kilograms of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1), and Title 18, United States Code, Section 2.

Count 31

On or about December 9, 2022, within the Southern District of California, defendant GERARDO MEDINA PLACENCIA, did knowingly and

intentionally possess with intent to distribute 500 grams and more, to wit: approximately 1.36 kilograms of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1).

## Count 32

On or about March 10, 2023, within the Southern District of California, defendants FRANK GUSTAVO ZENDEJAS and JOSE ANDRES LEYVA, did knowingly and intentionally possess with intent to distribute 500 grams and more, to wit: approximately 1.32 kilograms of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1), and Title 18, United States Code, Section 2.

## Count 33

On or about August 16, 2023, within the Southern District of California, defendant ISRAEL ALEJANDRO RAMIREZ-VELASQUEZ, did knowingly and intentionally transport and attempt to transport monetary instruments of more than ten thousand U.S. dollars, from a place in the United States to a place outside the United States, that is, the Republic of Mexico, without first filing a Report of International Transportation of Currency or Monetary Instruments, as required by Title 31 of the Code of Federal Regulations; in violation of Title 31, United States Code, Section 5332(a) and (b).

## FORFEITURE ALLEGATIONS

1. The allegations contained in Counts 1 through 33 are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the

1 | provisions of Title 21, United States Code, Section 853 and Title 31,
2 | United States Code, Section 5332(b).
3 |     2.  Upon conviction of one and more of the felony offenses alleged
4 | in Counts 1 through 6 and 8 through 32 of this Indictment, said
5 | violations being punishable by imprisonment for more than one year and
6 | pursuant to Title 21, United States Code, Sections 853(a)(1) and
7 | 853(a)(2), defendants FAUSTO HERRERA-LOPEZ, aka "Vecino," RODOLFO
8 | RAMIREZ-PALACIOS, aka "Rudy," TERESO RAMIREZ-VELASQUEZ, JUAN CARLOS
9 | OJEDA-SALDANA, JOSE DAVID MORALES-RODRIGUEZ, ERNESTO MORALES-RODRIGUEZ,
10 | VICENTE BARRERA-ROBLES, RICARDO RUBEN PINZON, JOSE RAMON OCHOA-
11 | MONTEVERDE, SALVADOR MARTINEZ, JUAN CARLOS MARTINEZ, ROGELIO ROBLEDO-
12 | VALDEZ, MARIA ELENA REYES, GABRIELA ESTRADA, JAIME MAYORAL, MARCOS
13 | ARTURO BARRERA, OSCAR SILVAS-GAMEZ, JUAN ERNESTO SALAS VILLELA, YEIMING
14 | HERNANDEZ, FRANK GUSTAVO ZENDEJAS, GERARDO MEDINA PLACENCIA, JOSE ANDRES
15 | LEYVA, STEPHANIE MELGOZA, VICTOR RENE HERRERA, ARNULFO MORFIN-MORENO,
16 | EDGAR GARCIA, ROBERTO VALENZUELA DE LA TORRE, LEONARDO SALDIVAR,
17 | FRANCISCO RAMIREZ, LUIS FERNANDO SIMENTAL PALACIOS, ABRAHAM NOE ESPARZA-
18 | GARCIA, ANGELICA GUERRERO, SERGIO SANCHEZ, NICHOLAS ADAM FORTIER, LUIS
19 | ALBERTO FELIX, ELIZABETH ECHEVERRIA, ALVARO GUERRERO, PEDRO ESTRADA,
20 | BERNADETTE LUCERO VALLEJOS, MARIBEL GARCIA BARAJAS, JOSE ARTURO MENDIOLA
21 | PORRAS, ENRIQUE VILLALOBOS, and ISRAEL ALEJANDRO RAMIREZ-VELASQUEZ shall
22 | forfeit to the United States all their rights, title and interest in any
23 | and all property constituting, or derived from, any proceeds the
24 | defendants obtained, directly or indirectly, as the result of the
25 | offenses, and any and all property used or intended to be used in any
26 | manner or part to commit and to facilitate the commission of the
27 | offenses.
28 |

1  3. Upon conviction of one and more of the offenses alleged in Counts 7 and 33 of this Indictment, and pursuant to Title 31, United States Code, Section 5332(b)(2), defendants TERESO RAMIREZ-VELASQUEZ and ISRAEL ALEJANDRO RAMIREZ-VELASQUEZ shall forfeit to the United States all property, real and personal, involved in the offenses, and all property traceable to such property.

4. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with, a third party;
    c. has been placed beyond the jurisdiction of the Court;
    d. has been substantially diminished in value; or
    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and pursuant to Title 31, United States Code, Section 5332(b)(3), to seek forfeiture of any other property of the defendants up to the value of the property listed above as being subject to forfeiture.

All pursuant to Title 21, United States Code, Section 853 and Title 31, United States Code, Section 5332(b)(2).

DATED: October 31, 2024.  A TRUE BILL:

TARA K. McGRATH
United States Attorney

By: *[signature]*
SEAN VAN DEMARK
Assistant U.S. Attorney