# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>NICHOLAS ADAM FORTIER (34),<br><br>                Defendant. | Case No. 24-CR-2320-TWR-34<br><br>**ORDER AND JUDGMENT OF DISMISSAL** |

Upon motion of the United States of America and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure,

IT IS HEREBY ORDERED that the Indictment in the above-entitled case be dismissed without prejudice as to Defendant NICHOLAS ADAM FORTIER only.

**SO ORDERED AND ADJUDGED.**

DATED: 8/8/2025

                                      HON. TODD W. ROBINSON
                                      United States District Judge